IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06CV00098 REC DLB |
| v. ) | |
| ) | |
| WIX FILTRATION CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Pursuant to the parties' Agreed Motion For Extension of Time to File An Answer to Complaint or Otherwise Plead, the due date for Defendant to file an answer to the Complaint or otherwise plead is extended to April 26, 2006.

IT IS SO ORDERED.

Date: March 1, 2006                         /s/ Dennis L. Beck
                                              U.S. Magistrate Judge