Harold Pezzner (*Pro Hac Vice* application pending)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice* application pending)
ehutz@cblh.com
N. Richard Powers (*Pro Hac Vice* application pending)
nrp@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave., Suite 3150
Los Angeles, CA 90071
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for Plaintiff
PARKER-HANNIFIN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION | CASE NO.1:06-CV-00098-REC-DLB |
| Plaintiff, | |
| v. | ORDER RESETTING DATES FOR HEARING ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION AND FOR MANDATORY SCHEDULING CONFERENCE |
| WIX FILTRATION CORPORATION, | |
| Defendants. | |
| And Related Counterclaims. | |

[Proposed] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**O R D E R**

On this __20th____ day of ___April_____, 2006, in view of the Stipulation of the parties filed April 17, 2006,

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion for a Preliminary Injunction set for May 1, 2006 shall be postponed until __**June 5**_____**,** 2006, **at 9:00** with the parties briefing schedules to be:

(a)  Defendant Wix's brief opposing Plaintiff's PI Motion shall be due Wednesday, May 10, 2006; and

(b)  Plaintiff Parker-Hannifin's reply brief shall be due Friday, May 26 2006.

**IT IS FURTHERED ORDERED** the Mandatory Scheduling Conference set for May 2, 2006 shall be postponed until _**June 14**___, 2006 **at 9:00 A. M.**

Dated: April 20, 2006          /s/ ROBERT E. COYLY_____
                               United States District Judge

[Proposed] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com