IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARKER-HANNIFIN CORP.,

        Plaintiff,

   v.

WIX FILTRATION CORP.,

        Defendants.
_____/

<u>REASSIGNMENT ORDER</u>

Civ. F-06-0098-AWI-DLB

    Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to Judge David F. Levi for all further proceedings.

    Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number Civ. F-06-0098-DFL.

///
///
///
///
///

1    IT IS FURTHER ORDERED that all dates presently set before
2 Judge Anthony W. Ishii be vacated from his calendar.
3
4    Having reviewed the file, I accept assignment of this
5 case for all further proceedings.
6
7
8 DATED:  June 6, 2006
9
10
11 _____
   DAVID F. LEVI
12 Chief United States District Judge
13
14
   IT IS SO ORDERED.
15
   **Dated:   June 6, 2006**              **/s/ Anthony W. Ishii**
16 0m8i78                          UNITED STATES DISTRICT JUDGE

2