Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave., Suite 3150
Los Angeles, CA 90071
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for Plaintiffs
PARKER-HANNIFIN CORPORATION
And PARKER INTANGIBLES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>           Plaintiffs,<br><br>      v.<br><br>WIX FILTRATION CORPORATION,<br><br>           Defendant. | CASE NO.1:06-CV-00098-DFL-DLB<br><br>ORDER RE MOTION TO AMEND AND SUPPLEMENT THE FIRST AMENDED COMPLAINT TO ADD COUNTS FIVE AND SIX |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their counsel, that this Stipulated Order shall govern the amending and supplementing of Plaintiffs' First Amended Complaint to add counts five and six.

WHEREAS Plaintiffs Parker-Hannifin Corporation and Parker Intangibles LLC ("Plaintiffs") desire to amend and supplement

06cv98.1128.doc

its First Amended Complaint to add counts five and six alleging patent infringement of U.S. Patent Nos. 7,070,692 and 7,086,537, respectively; and

    WHEREAS good cause being shown therefore; and

    WHEREAS Defendant does not oppose entry of Plaintiffs' Second Amended and Supplemented Complaint For Patent Infringement;

    IT IS ORDERED that Plaintiffs are granted leave to file a Second Amended and Supplemented Complaint For Patent Infringement.

Date: November 28, 2006     /s/ David F. Levi_____
                                        United States District Court Judge

The parties, through counsel, stipulate to the entry of the foregoing Stipulated Order.

```
                                        /s/ Jennifer L. Dzwonczyk
/s/Jonathan Jaech/_____                 as authorized on 11/26/2006
Harold Pezzner, Esq.                    Joseph P. Lavelle, Esq.
R. Eric Hutz, Esq.                      Jennifer L. Dzwonczyk, Esq.
Jonathan Jaech, Esq.
Connolly, Bove, Lodge & Hutz LLP        Howrey, LLP
The Nemours Building                    1299 Pennsylvania Ave., N.W.
1007 North Orange Street                Washington, D.C.  20004
Wilmington, DE 19801                    Facsimile:  (202) 383-6610
(302) 658-9141
Attorneys for Plaintiffs,               Attorneys for Defendant,
PARKER-HANNIFIN CORPORATION             WIX FILTRATION CORPORATION
and PARKER INTANGIBLES LLC


Date:  _11/27/2006_____                 Date: _____
```