Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
355 S. Grand Ave., Suite 3150
Los Angeles, CA 90071             **OK/HAV**
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for Plaintiffs
PARKER-HANNIFIN CORPORATION
And PARKER INTANGIBLES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>WIX FILTRATION CORPORATION,<br><br>            Defendant. | CASE NO.1:06-CV-00098-DFL-DLB<br><br>STIPULATED REVISED SCHEDULING ORDER |

**STIPULATED REVISED SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their counsel, that this Stipulated Revised Scheduling Order shall govern the schedule for the remaining discovery and proceedings in the above action.

06cv98.o.1214.doc

WHEREAS on January 30, 2006, Plaintiff Parker-Hannifin Corporation filed a Complaint alleging patent infringement of four U.S. Patents; and

WHEREAS on April 26, 2006, Defendant Wix filed an Answer and Counterclaim; and

WHEREAS on May 26, 2006, Plaintiffs Parker-Hannifin and Parker Intangibles LLC ("Plaintiffs") filed a motion to amend the Complaint to add Parker Intangibles LLC as a co-plaintiff; and

WHEREAS on June 26, 2006 the Court issued a scheduling order; and

WHEREAS the parties thereafter conducted settlement negotiations and mutually agreed to a stay on discovery during the pendency of those settlement negotiations; and

WHEREAS on December 8, 2006, pursuant to leave of Court, Plaintiffs filed a Second Amended and Supplemented Complaint to add counts five and six alleging patent infringement of U.S. Patent Nos. 7,070,692 (issued July 4, 2006) and 7,086,537 (issued August 8, 2006), in addition to the four patents already in suit; and

WHEREAS the parties have been unable to resolve the case and have recently resumed discovery and are currently in the stage of producing documents;

IT IS HEREBY ORDERED that the following dates shall be the schedule for the remaining discovery and proceedings in the above action:

| Item | Existing date | Proposed date |
|---|---|---|
| Opening expert reports | Jan. 12, 2007 | Jun. 1, 2007 |
| Rebuttal expert reports | Feb. 9, 2007 | Jul. 3, 2007 |
| Discovery cutoff (fact & expert) | Mar. 12, 2007 | Aug. 1, 2007 |
| Dispositive motions deadline | Apr. 25, 2007 | Aug. 31, 2007 |
| Dispositive motions hearing | May 23, 2007 | Oct. 17, 2007 |
| Final pretrial conference | Jul. 20, 2007 | Nov. 30, 2007 At 3:00 P.M. |
| Trial | Sept. 4, 2007 | Jan. 14, 2008 At 8:30 a.m. |

Date: 12/14/2006          /s/ David F. Levi_____
                                United States District Court Judge

The parties, through counsel, stipulate to the entry of the foregoing Stipulated Order.

```
/s/                                /s/Jennifer L. Dzwonczyk
_____            as authorized on 12/12/2006
Harold Pezzner, Esq.               Joseph P. Lavelle, Esq.
R. Eric Hutz, Esq.                 Jennifer L. Dzwonczyk, Esq.
Jonathan Jaech, Esq.
Connolly, Bove, Lodge & Hutz LLP   Howrey, LLP
The Nemours Building               1299 Pennsylvania Ave., N.W.
1007 North Orange Street           Washington, D.C.  20004
Wilmington, DE 19801               Facsimile:  (202) 383-6610
(302) 658-9141
Attorneys for Plaintiffs,          Attorneys for Defendant,
PARKER-HANNIFIN CORPORATION        WIX FILTRATION CORPORATION
and PARKER INTANGIBLES LLC
```

Date: _____      Date: _____

PLAINTIFF PARKER-HANNIFIN CORPORATION'S          3
MOTION TO AMEND THE COMPLAINT TO ADD
PARKER INTANGIBLES LLC AS A CO-PLAINTIFF

06cv98.o.1214.doc