1  Harold Pezzner (*Pro Hac Vice*)
   hpezzner@cblh.com
2  R. Eric Hutz (*Pro Hac Vice*)
   ehutz@cblh.com
3  F. DiGiovanni (*Pro Hac Vice*)
   fdigiovanni@cblh.com
4  CONNOLLY BOVE LODGE & HUTZ LLP
   1007 N. Orange Street
5  P.O. Box 2207
   Wilmington, DE 19899
6
   Jonathan A. Jaech (State Bar No. 191,530)
7  jjaech@cblh.com
   CONNOLLY BOVE LODGE & HUTZ LLP
8  355 S. Grand Ave., Suite 3150
   Los Angeles, CA 90071
9  Tel: (213) 787-2500
   Fax: (213) 687-0498
10
   Attorneys for Plaintiffs
11 PARKER-HANNIFIN CORPORATION
   And PARKER INTANGIBLES LLC
12

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15

16 PARKER-HANNIFIN CORPORATION and )   CASE NO.1:06-CV-00098-DFL-DLB
   PARKER INTANGIBLES LLC,        )
17                                )   STIPULATED ORDER TO AMEND
              Plaintiffs,         )   AND SUPPLEMENT THE SECOND
18                                )   AMENDED COMPLAINT TO ADD
       v.                         )   COUNT SEVEN
19                                )
   WIX FILTRATION CORPORATION,    )
20                                )
              Defendant.          )
21

22                      **STIPULATED ORDER**

23       IT IS HEREBY STIPULATED AND AGREED, by and between the

24 parties through their counsel, that this Stipulated Order shall

25 govern the amending and supplementing of Plaintiffs' Second

26 Amended Complaint to add count seven.

27       WHEREAS Plaintiffs Parker-Hannifin Corporation and Parker

28 Intangibles LLC ("Plaintiffs") desire to amend and supplement

STIPULATED ORDER RE THIRD AMENDED      1
COMPLAINT

its Second Amended Complaint to add count seven alleging patent

infringement of U.S. Patent No. 7,163,623 as set forth in

Exhibit A attached hereto; and

     WHEREAS good cause being shown therefore; and

     WHEREAS Defendant does not oppose entry of Plaintiffs'

Third Amended and Supplemented Complaint For Patent

Infringement, subject to extensions of time as set forth in the

Second Stipulated Revised Scheduling Order submitted herewith;

     IT IS ORDERED that Plaintiffs are granted leave to file a

Third Amended and Supplemented Complaint For Patent

Infringement.


Date:April 17, 2007        /s/ David F. Levi_____
                           United States District Judge


The parties, through counsel, stipulate to the entry of the
foregoing Stipulated Order.

```
                                   /s/Jennifer L. Dzwonczyk
_/s/Jonathan Jaech__               as authorized on 4/10/2007
Harold Pezzner, Esq.               Joseph P. Lavelle, Esq.
R. Eric Hutz, Esq.                 Jennifer L. Dzwonczyk, Esq.
Frank DiGiovanni, Esq.
Jonathan Jaech, Esq.
Connolly, Bove, Lodge & Hutz LLP   Howrey, LLP
The Nemours Building               1299 Pennsylvania Ave., N.W.
1007 North Orange Street           Washington, D.C.  20004
Wilmington, DE 19801               Facsimile:  (202) 383-6610
(302) 658-9141
Attorneys for Plaintiffs,          Attorneys for Defendant,
PARKER-HANNIFIN CORPORATION        WIX FILTRATION CORPORATION
and PARKER INTANGIBLES LLC


Date: __April 10, 2007_            Date: _____
```

STIPULATED ORDER RE THIRD AMENDED        2
COMPLAINT