28
Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DiGiovanni (*Pro Hac Vice*)
fdigiovanni@cblh.com
M. Curt Lambert (*Pro Hac Vice*)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899

Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel: (213) 787-2500
Fax: (213) 687-0498

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC, | ) ) ) | CASE NO.1:06-CV-00098-LJO-WMW |
| Plaintiffs, | ) ) ) | STIPULATED REVISED SCHEDULING ORDER |
| v. | ) ) ) | |
| WIX FILTRATION CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATED REVISED SCHEDULING ORDER**

      WHEREAS, the parties have been diligently conducting discovery, but due to the complexity of the issues in the case, and the timing of certain fact depositions, the parties jointly seek a short extension of time for expert discovery and trial preparation,
      IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their counsel, subject to approval by the Court, that this Stipulated Revised Scheduling Order shall govern the schedule for the remaining discovery and proceedings in the above action.

| Item | Existing date | New date |
|---|---|---|
| Opening expert reports | Sept. 14, 2007 | Oct. 26, 2007 |
| Rebuttal expert reports | Oct. 19, 2007 | Nov. 30, 2007 |
| Discovery cutoff (fact) | Nov. 15, 2007 | unchanged |
| Discovery cutoff (expert) | Nov. 15, 2007 | Jan. 4, 2008 |

1
Stipulated Revised Scheduling Order

28

| | | |
|---|---|---|
| Dispositive motions deadline (*) | Jan. 9, 2008 | Jan. 30, 2008 |
| Dispositive motions hearing (**) | Feb. 6, 2008 at 10:00 a.m. | Mar. 6, 2008 |
| Joint Pretrial Statement (**) | Mar. 5, 2008 | Apr. 8, 2008 |
| Final pretrial conference (**) | Mar. 12, 2008 at 8:30 a.m. | Apr. 22, 2008 at 8:30 a.m. in Dept. 4 (LJO) |
| Trial | Apr. 28, 2008 at 9:00 a.m. | May 27, 2008 at 8:30 a.m. in Dept. 4 (LJO) |

(*) The parties have also agreed to the following briefing schedule for dispositive motions and *Markman* claim construction, subject to approval of the Court:

| | |
|---|---|
| Jan. 30, 2008: | Opening summary judgment and opening *Markman* briefs due |
| Feb. 19, 2008: | Opposition to summary judgment and responsive *Markman* briefs |
| Feb. 28, 2008: | Replies to summary judgment and joint *Markman* claim chart (setting forth the disputed claim terms and the parties' proposed constructions) |

2
Stipulated Revised Scheduling Order

28

The parties, through counsel, stipulate to the entry of the foregoing Stipulated Order.

| | |
|---|---|
| /s/  M. Curt Lambert Dzwonczyk | /s/  Jennifer L. |
| Harold Pezzner (*Pro Hac Vice*) | Joseph P. Lavelle (*Pro Hac Vice*) |
| R. Eric Hutz (*Pro Hac Vice*) | Jennifer L. Dzwonczyk (*Pro Hac Vice*) |
| Francis DiGiovanni (*Pro Hac Vice*) | Vandana Koelsch (*Pro Hac Vice*) |
| M. Curt Lambert (*Pro Hac Vice*) | Howrey LLP |
| Connolly Bove Lodge & Hutz LLP | 1299 Pennsylvania Avenue, NW |
| 1007 North Orange Street | Washington, DC 20004 |
| Wilmington, DE 19801 | Deanna Keysor (*Pro Hac Vice*) |
| | Howrey LLP |
| Jonathan A. Jaech | 321 North Clark Street, Suite 3400 |
| Connolly Bove Lodge & Hutz LLP (LA) | Chicago, IL 60610 |
| 333 South Grand Avenue | |
| Suite 2300 | Lowell T. Carruth |
| Los Angeles, CA 90071 | McCormick Barstow LLP |
| | P. O. Box 28912 |
| | Fresno, CA 93729-8912 |
| | *Attorneys for Defendant Wix Filtration Corporation* |
| *Attorneys for Plaintiffs Parker-Hannifin Corporation and Parker Intangibles LLC* | |
| Date: September 7, 2007 | Date: September 7, 2007 |

3
Stipulated Revised Scheduling Order

28

IT IS SO ORDERED.

Dated:   September 10, 2007            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE