Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DeGiovanni (*Pro Hac Vice*)
fdigiovanni@cblh.com
M. Curt Lambert (*Pro Hac Vice*)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel: (302) 658-9141; Fax: (302) 658-5614

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel: (213) 787-2500; Fax: (213) 687-0498

Attorneys for Plaintiffs

FILED
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WIX FILTRATION CORPORATION,<br><br>　　　　Defendants<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO<br><br>**ORDER FILING DECLARATION OF M. CURT LAMBERT AND EXHBIITS A - J UNDER SEAL**<br>**[L.R. 39-141]**<br><br>Date:　December 14, 2007<br>Time:　9:00 a.m.<br>Place:　Magistrate Judge Dennis L. Beck<br>　　　　Courtroom 9<br><br>[Filed and served concurrently with Application to File Documents Under Seal and Notice of Filing Sealed Document] |

1  The Court, having considered Plaintiffs PARKER-HANNIFIN CORPORATION and
2  PARKER INTANGIBLES LLC's Application to File the Declaration M. Curt Lambert and
3  accompanying Exhibits A through I under seal, and finding good cause,
4  IT IS HEREBY ORDERED that the following document shall be filed under seal pursuant
5  to Local Rule 39-141:

6  (1)   Declaration of M. Curt Lambert in Opposition To Defendants' Motion To
7       Amend Answer To Third Amended Complaint and Exhibits A Through J.

10 Dated: 7 November, 2007          /s/ *Dennis L. Beck*
11                                  Honorable Dennis L. Beck
                                    United States Magistrate Judge

13 Submitted by:

14 Connolly Bove Lodge & Hutz LLP

16 By:_____
17      Jonathan A. Jaech

18 Attorneys for Plaintiffs and
   Counterclaimants
19 PARKER-HANNIFIN
   CORPORATION and PARKER
20 INTANGIBLES LLC

Error! Reference source not found.
LA 12066v1 71022-2

i

CONNOLLY BOVE LODGE & HUTZ LLP
355 S. GRAND AVE., SUITE 3150
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 487-0498