# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br><br>             Plaintiff,<br><br>     vs.<br><br>WIX FILTRATION CORPORATION,<br><br>             Defendants.<br>_____/<br><br>AND RELATED COUNTER-ACTION.<br>_____/ | CASE NO. CV F 06-0098 LJO DLB<br><br>**ORDER ON BRIEFING PAGE LIMITS AND TO RESET HEARINGS**<br>(Doc. 122.)<br><br>Date:  March 20, 2007<br>Time:  9 a.m.<br>Dept.   4 (LJO) |

The parties seek leave to exceed this Court's briefing limits. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS the parties to exceed briefs limitations, as discussed below, on the condition that such briefs are **well-organized, clear and succinct and avoid unnecessary duplication**.

The parties' opening and responsive *Markman* briefs shall not exceed 40 pages.

The parties' opening and opposition infringement/non-infringement summary judgment briefs shall not exceed 40 pages. The parties respective reply briefs shall not exceed 20 pages.

All other briefing shall conform to the Standing Order page limitations of this Court.

This Court RESETS the *Markman* and summary judgment hearings for March 20, 2008 at 9 a.m. in Department 4 (LJO). The briefing schedule shall remain as set.

1  Due to this Court's heavy caseload and its effect to hold to scheduled trial and related dates, the
2  parties are encouraged to consider consent to the conduct of further proceedings by a United States
3  Magistrate Judge.
4
5  IT IS SO ORDERED.
6  **Dated:   January 24, 2008**                              /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE