Joseph P. Lavelle (*Pro Hac Vice*)
lavellej@howrey.com
Jennifer L. Dzwonczyk (*Pro Hac Vice*)
dzjen@howrey.com
Vandana S. Koelsch (*Pro Hac Vice*)
koelschv@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:     (202) 783-0800
Facsimile:      (202) 383-6610

Lowell T. Carruth (State Bar No. 34065)
lowell.carruth@mccormickbarstow.com
McCormick Barstow LLP
5 River Park Place East
Fresno, CA 93720
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant/Counterclaimant
WIX FILTRATION CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>WIX FILTRATION CORPORATION,<br>　　　　Defendant.<br><br>WIX FILTRATION CORPORATION,<br>　　　　Counterclaimant,<br><br>　　vs.<br><br>PARKER-HANNIFIN CORPORATION and<br>PARKER INTANGIBLES, LLC,<br>　　　　Counterdefendants. | Case No. 1:06-CV-0098-LJO<br><br>**ORDER RE WIX FILTRATION CORPORATION'S UNOPPOSED MOTION FOR A ONE-DAY EXTENSION FOR THE FILING OF DISPOSITIVE MOTIONS** |

---

Case No.  1:06-CV-0098-LJO
[PROPOSED] ORDER RE WIX FILTRATION CORPORATION'S UNOPPOSED MOTION FOR A ONE-DAY
EXTENSION FOR THE FILING OF DISPOSITIVE MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com

1 | WHEREAS Wix Filtration Corporation ("Wix") has moved for a one-day extension for the
2 | filing of dispositive motions; and
3 | WHEREAS Plaintiffs do not oppose Wix's Motion;
4 | IT IS ORDERED that a one-day extension is granted and the deadline for dispositive motions
5 | is extended to January 31, 2008 for both parties.

7 | Dated:  January 30, 2008

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com