| | |
|---|---|
| 1 | Harold Pezzner (*Pro Hac Vice*) |
| | hpezzner@cblh.com |
| 2 | R. Eric Hutz (*Pro Hac Vice*) |
| | ehutz@cblh.com |
| 3 | Francis DiGiovanni (Pro Hac Vice) |
| | fdigiovanni@cblh.com |
| 4 | M. Curt Lambert (Pro Hac Vice) |
| 5 | mlambert@cblh.com |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| 6 | The Nemours Building |
| 7 | 1007 N. Orange Street |
| | Wilmington, DE 19899 |
| 8 | Tel: (302) 658-9141 |

FILED
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

9  Bruce G. Chapman (State Bar No. 164,258)
   bchapman@cblh.com
10 Jonathan A. Jaech (State Bar No. 191,530)
   jjaech@cblh.com
11 CONNOLLY BOVE LODGE & HUTZ LLP
12 333 S. Grand Ave., Suite 2300
   Los Angeles, CA 90071
13 Tel: (213) 787-2500

LODGED
JAN 3 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

14 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC, | Case No. 1:06-CV-0098-LJO |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING THE FILING OF DOCUMENTS UNDER SEAL [L.R. 39-141] |
| v. | Motion for Summary Judgment and Markman |
| WIX FILTRATION CORPORATION, | Hearing Date: March 20, 2008 |
| Defendant. | Time: 9:00 a.m. |
| | Place: Hon. Lawrence J. O'Neill Courtroom 4 |
| | Trial Date: May 28, 2008 |
| AND RELATED COUNTERCLAIM. | [Filed and served concurrently with Application to File Documents Under Seal and Notice of Filing Sealed Document] |

|   |   |
|---|---|
| 1 | Plaintiffs PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC ("Parker") have applied to file the following documents under seal, and Defendant WIX FILTRATION CORPORATION ("Wix") does not oppose Parker's application: |

Plaintiffs PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC ("Parker") have applied to file the following documents under seal, and Defendant WIX FILTRATION CORPORATION ("Wix") does not oppose Parker's application:

    (1) Declaration of M. Curt Lambert and supporting Exhibit A-R;

    (2) Declaration of Kathy Edge; and

    (3) Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment of Infringement.

The Court, having considered Parker's unopposed application to file the above-listed documents under seal, and finding good cause,

IT IS HEREBY ORDERED that the following document shall be filed under seal pursuant to Local Rule 39-141.

Dated: 1-31-—, 2008

_____
Honorable Lawrence J. O'Neill
United States District Court Judge

Submitted by:

Connolly Bove Lodge & Hutz LLP

By: _____
    Jonathan A. Jaech

Attorneys for Plaintiffs and Counterclaimants
PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC

[PROPOSED] ORDER FILING DOCS UNDER SEAL
588365_1 08564.00013

CONNOLLY BOVE LODGE & HUTZ LLP
355 S. GRAND AVE., SUITE 3150
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 487-0498

1

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On January 30, 2008, I served the within **[PROPOSED] ORDER GRANTING THE FILING OF DOCUMENTS UNDER SEAL [L.R. 39-141]** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

| | |
|---|---|
| Jennifer L. Dzwonczyk (*Pro Hac Vice*) <br> Vandana Koelsch (*Pro Hac Vice*) <br> Joseph P. Lavelle (*Pro Hac Vice*) <br> HOWREY LLP <br> 1299 Pennsylvania Avenue, NW <br> Washington, DC 20004-2401 | Tel.: (202) 383-7351 <br> Fax: (202) 383-6610 <br> Email: <br> dzjen@howrey.com <br> koelschv@howrey.com <br> lavellej@howrey.com |
| Lowell T. Carruth <br> McCormick, Barstow, Sheppard, Wayte & Carruth LLP <br> P. O. Box 28912 <br> Fresno, CA 93729-8912 | Tel.: (559) 433-1300 x3326 <br> Fax: (559) 433-2300 <br> Email: <br> lcarruth@mbswc.com |

[ ] **BY MAIL** I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** I caused such document to be served via facsimile transmission on the addressees above.

[X] **BY OVERNIGHT COURIER** I am readily familiar with the firm's practice of collection and processing correspondence for overnight courier. On the same day that correspondence is placed for collection and delivery, it is deposited at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **BY E-MAIL** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail address(es) indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2008 at Los Angeles, California.

| | |
|---|---|
| Dori Dellisanti <br> Name | *[signature]* <br> Signature |

[PROPOSED] ORDER FILING DOCS UNDER SEAL
588365_1 08564.00013

CONNOLLY BOVE LODGE & HUTZ LLP
355 S. GRAND AVE., SUITE 3150
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 487-0498.

2