Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DiGiovanni (Pro Hac Vice)
fdigiovanni@cblh.com
M. Curt Lambert (Pro Hac Vice)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel:  (302) 658-9141; Facsimile:  (302) 658-5614

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel:  (213) 787-2500; Facsimile:  (213) 687-0498

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>                    Plaintiffs,<br><br>        v.<br><br>WIX FILTRATION CORPORATION,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO<br><br>**SECOND ORDER GRANTING THE FILING OF DOCUMENTS UNDER SEAL [L.R. 39-141]**<br><br>Motion for Summary Judgment and Markman<br>Hearing Date: April 1, 2008<br>Time:           9:00 a.m.<br>Place:          Hon. Lawrence J. O'Neill<br>                     Courtroom 4<br>Trial Date:   May 28, 2008<br><br>[Filed and served concurrently with Application to File Documents Under Seal] |

Plaintiffs PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC ("Parker") have applied to file the following document under seal, and Defendant WIX FILTRATION CORPORATION ("Wix") does not oppose Parker's application:

1. SECOND DECLARATION OF M. CURT LAMBERT IN SUPPORT OF PLAINTIFFS' RESPONSIVE MARKMAN BRIEF AND OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT.

2. PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSITION TO DEFENDANT WIX CORPORATION'S MOTION FOR SUMMARY JUDGMENT THAT THE ASSERTED CLAIMS OF THE '139 PATENT FAMILY ARE INVALID.

The Court, having considered Parker's unopposed application to file the above-listed document(s) under seal, and finding good cause,

IT IS HEREBY ORDERED that the following documents shall be filed under seal pursuant to Local Rule 39-141.

Dated: February 19, 2008                            /s/ Lawrence J. O'Neill
                                                    Honorable Lawrence J. O'Neill
                                                    United States District Court Judge

Submitted by:

Connolly Bove Lodge & Hutz LLP

By:      */s/ Jonathan A. Jaech*
         Jonathan A. Jaech

Attorneys for Plaintiffs and Counterclaimants
PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC

[PROPOSED] SECOND ORDER FILING DOCS UNDER SEAL
~2342806.doc  08564.00013

CONNOLLY BOVE LODGE & HUTZ LLP
333 S. GRAND AVE., SUITE 2300
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 687-0498