Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DiGiovanni (Pro Hac Vice)
fdigiovanni@cblh.com
M. Curt Lambert (Pro Hac Vice)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel:  (302) 658-9141

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel:  (213) 787-2500

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WIX FILTRATION CORPORATION,<br><br>　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO<br><br>**ORDER GRANTING MOTION FOR ONE-DAY EXTENSION**<br><br>Hearing Date: April 1, 2008<br>Time:　　　　9:00 a.m.<br>Place:　　　　Hon. Lawrence J. O'Neill<br>　　　　　　　Courtroom 4<br>Trial Date:　May 28, 2008 |

[PROPOSED] ORDER GRANTING
ONE-DAY EXTENSION
592356_08564.00013

Upon consideration of the JOINT MOTION FOR ONE-DAY EXTENSION FOR FILING RESPONSIVE MARKMAN BRIEFS, BRIEFS IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT, REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT, AND JOINT CLAIM CONSTRUCTION CHART, and finding good cause for the relief requested therein,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  Responsive Markman Briefs and Briefs in Opposition to Motions for Summary Judgment shall be filed by Wednesday, February 20, 2008.  Reply Briefs in Support of Motions for Summary Judgment and the Joint Claim Construction Chart shall be filed by Friday, February 29, 2008.

Dated:  February 19, 2008            /s/ Lawrence J. O'Neill

                                             Honorable Lawrence J. O'Neill
                                             United States District Court Judge

Submitted by:

Connolly Bove Lodge & Hutz LLP


By:_____
      Jonathan A. Jaech

Attorneys for Plaintiffs and Counterclaimants
PARKER-HANNIFINCORPORATION and
PARKER INTANGIBLES LLC

[PROPOSED] ORDER GRANTING
ONE-DAY EXTENSION
592356_08564.00013

**CONNOLLY BOVE LODGE & HUTZ LLP**
333 S. GRAND AVE., SUITE 2300
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 487-0498

1