1 | Joseph P. Lavelle (*Pro Hac Vice*)
    lavellej@howrey.com
2 | Jennifer L. Dzwonczyk (*Pro Hac Vice*)
    dzjen@howrey.com
3 | Vandana S. Koelsch (*Pro Hac Vice*)
    koelschv@howrey.com
4 | HOWREY LLP
    1299 Pennsylvania Avenue, N.W.
5 | Washington, DC  20004
    Telephone:   (202) 783-0800
6 | Facsimile:    (202) 383-6610

7 | Lowell T. Carruth (State Bar No. 34065)
    lowell.carruth@mccormickbarstow.com
8 | McCormick Barstow LLP
    5 River Park Place East
9 | Fresno, CA 93720
    Telephone:   (559) 433-1300
10 | Facsimile:   (559) 433-2300

11 | Attorneys for Defendant/Counterclaimant
     WIX FILTRATION CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>WIX FILTRATION CORPORATION,<br>　　　　Defendant.<br><br>WIX FILTRATION CORPORATION,<br>　　　　Counterclaimant,<br><br>　　vs.<br><br>PARKER-HANNIFIN CORPORATION and<br>PARKER INTANGIBLES, LLC,<br>　　　　Counterdefendants. | Case No. 1:06-CV-0098-LJO<br><br>**ORDER FOR APPLICATION TO FILE<br>DOCUMENTS UNDER SEAL** |

1  The Court having considered Wix Filtration Corporation's Application to File Documents
2  Under Seal, and finding good cause,

4  IT IS HEREBY ORDERED that the following documents shall be filed under seal pursuant to
5  Local Rule 39-141:

7  1. Exhibits 15, 19-32, 38, 39, 41, and 43 to the Declaration of Vandana Koelsch in Support of
8     Wix Filtration Corporation's Motions for Summary Judgment of Invalidity and Non-
9     Infringement and Opening *Markman* Brief.

Dated: February 19, 2008
                                                        /s/ Lawrence J. O'Neill
                                                     Honorable Lawrence J. O'Neill
                                                     United States District Court Judge