Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DiGiovanni (Pro Hac Vice)
fdigiovanni@cblh.com
M. Curt Lambert (Pro Hac Vice)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel: (302) 658-9141; Facsimile: (302) 658-5614

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel: (213) 787-2500; Facsimile: (213) 687-0498

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WIX FILTRATION CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO<br><br>**ORDER GRANTING THE FILING OF DOCUMENTS UNDER SEAL [L.R. 39-141]**<br><br>Motion for Summary Judgment and Markman<br>Hearing Date: April 1, 2008<br>Time: 9:00 a.m.<br>Place: Hon. Lawrence J. O'Neill<br>   Courtroom 4<br>Trial Date: May 28, 2008<br><br>[Filed and served concurrently with Application to File Documents Under Seal] |

Plaintiffs PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC ("Parker") have applied to file the following documents under seal:

1. PLAINTIFFS' REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT; and
2. THIRD DECLARATION OF M. CURT LAMBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT.

The Court, having considered Parker's unopposed application to file the above-listed document(s) under seal, and finding good cause,

IT IS HEREBY ORDERED that the following documents shall be filed under seal pursuant to Local Rule 39-141.

Dated: February 28,        , 2008                    /s/ Lawrence J. O'Neill
                                                     Honorable Lawrence J. O'Neill
                                                     United States District Court Judge

[PROPOSED] ORDER FILING DOCS UNDER SEAL
Parker -- Proposed Order to File Under Seal RE REPLY TO MSJ & 3RD LAMBERT DECL (2) 08:

1

**CONNOLLY BOVE LODGE & HUTZ LLP**
333 S. GRAND AVE., SUITE 2300
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 687-0498