# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WIX FILTRATION CORPORATION,<br><br>　　　　　Defendants.<br>_____/<br><br>AND RELATED COUNTER-ACTION.<br>_____/ | CASE NO. CV F 06-0098 LJO DLB<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING AND TO CONTINUE HEARING** |

　　　　In light of the Court's rulings on claim construction in this case, the parties are ordered to meet and confer and update their motions for summary judgment based upon this Court's construction of the claim terms. The Court continues the hearing on the motions for summary judgment to April 10, 2008 at 8:00 a.m. in Department 4. The parties are encouraged to appear at the hearing by arranging a one-line telephonic conference and telephoning the Court at 559-499-5680. The parties are directed to file their supplemental briefs no later than March 26, 2008 and any opposition no later than April 2, 2008. Thereafter, the Court may take the motions under submission, pursuant to Local Rule 78-230(h).

IT IS SO ORDERED.

**Dated:　March 14, 2008**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1