Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DiGiovanni (*Pro Hac Vice*)
fdigiovanni@cblh.com
M. Curt Lambert (*Pro Hac Vice*)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel: (302) 658-9141; Facsimile: (302) 658-5614

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel: (213) 787-2500; Facsimile: (213) 687-0498

Attorneys for Plaintiffs

**FILED**

MAR 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>                Plaintiffs,<br><br>    v.<br><br>WIX FILTRATION CORPORATION,<br><br>                Defendant.<br><br><br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO<br><br>[~~PROPOSED~~] ORDER GRANTING THE FILING OF DOCUMENTS UNDER SEAL [L.R. 39-141]<br><br>Date:       April 10, 2008<br>Time:     8:00 a.m.<br>Place:    Hon. Lawrence J. O'Neill<br>             Courtroom 4<br>Trial Date: May 28, 2008<br><br>[Filed and served concurrently with Application to File Documents Under Seal] |

1  Plaintiffs PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC

2  ("Parker") have applied to file the following document(s) under seal:

3

4      I      SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PARKER'S

5              MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT

6  The Court, having considered Parker's unopposed application to file the above-listed

7  document(s) under seal, and finding good cause,

8  IT IS HEREBY ORDERED that the following document(s) shall be filed under seal

9  pursuant to Local Rule 39-141.

10

11  Dated:  March 25, 2008

12  Honorable Lawrence J. O'Neill
    United States District Court Judge

13

14  Submitted by:

15  Connolly Bove Lodge & Hutz LLP

16

17  By:  /s/ Jonathan A. Jaech
         Jonathan A. Jaech

18

19  Attorneys for Plaintiffs and
    Counterclaimants
20  PARKER-HANNIFIN
    CORPORATION and PARKER
21  INTANGIBLES LLC

22

23

24

25

26

27

28

1

[PROPOSED] ORDER FILING DOCS UNDER SEAL
20950_1 08564.00013

CONNOLLY BOVE LODGE & HUTZ LLP
333 S. GRAND AVE., SUITE 2300
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 687-0498