Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DiGiovanni (Pro Hac Vice)
fdigiovanni@cblh.com
M. Curt Lambert (Pro Hac Vice)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel:  (302) 658-9141; Facsimile:  (302) 658-5614

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel:  (213) 787-2500; Facsimile:  (213) 687-0498

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WIX FILTRATION CORPORATION,<br><br>　　　　　Defendant.<br><br>─────────────────────────<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO-DLB<br><br>**ORDER ON JOINT STIPULATION RE: DISCOVERY HEARING**<br><br>Hearing Date: April 4, 2008<br>Time:　　　　9:00 a.m.<br>Place:　　　 Hon. Dennis L. Beck<br>　　　　　　(telephonic)<br>Trial Date:　May 27, 2008 |

[Proposed] Order on Joint Stip Re: Discovery Hearing
602119

The Court, having considered Plaintiffs Parker-Hannifin Corporation and Parker Intangibles LLC's ("Parker") and Defendant Wix Filtration Corporation's ("Wix") Joint Stipulation Re Discovery Hearing, hereby orders that the hearing set for April 4, 2008, on Plaintiff's Motion to Compel Production of Documents and Deposition Testimony is continued to April 11, 2008, at 9:00 a.m.  Counsel may appear by telephone by arranging a one-line conference call and calling the Court at (559) 499-5670.

IT IS SO ORDERED.

DATED:  1 April 2008                                    /s/ *Dennis L. Beck*
                                                                    Hon. Daniel L. Beck
                                                                    United States District Court Judge

Submitted by:

Connolly Bove Lodge & Hutz LLP

By:          */s/ Jonathan A. Jaech*
            Jonathan A. Jaech

Attorneys for Plaintiffs and Counterclaimants
PARKER-HANNIFINCORPORATION and
PARKER INTANGIBLES LLC

[Proposed] Order On Joint Stip Re: Discovery Hearing       1
602119

**CONNOLLY BOVE LODGE & HUTZ LLP**
333 S. GRAND AVE., SUITE 2300
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 687-0498