Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DiGiovanni (Pro Hac Vice)
fdigiovanni@cblh.com
M. Curt Lambert (Pro Hac Vice)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel:  (302) 658-9141

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel:  (213) 787-2500

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WIX FILTRATION CORPORATION,<br><br>　　　　　Defendant.<br><br>_____<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO-DLB<br><br>**ORDER GRANTING THE FILING OF DOCUMENTS UNDER SEAL [L.R. 39-141]**<br><br>Hearing Date: April 4, 2008<br>Time:　　　　9:00 a.m.<br>Place:　　　 Hon. Dennis L. Beck<br>　　　　　　　(telephonic)<br>Trial Date:　 May 27, 2008<br><br>[Filed concurrently with Application to File Documents Under Seal] |

[PROPOSED] ORDER FILING DOCS UNDER SEAL
601830

1  Plaintiffs PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC
2  ("Parker") have applied to file the following documents under seal, and Defendant WIX
3  FILTRATION CORPORATION ("Wix") does not oppose Parker's application:
4      (1)    Joint Statement Re: Discovery Disagreement; and
5      (2)    Exhibit A:  Declaration of M. Curt Lambert (and supporting Exhibits A-K)
6  The Court, having considered Parker's unopposed application to file the above-listed
7  documents under seal, and finding good cause,
8  IT IS HEREBY ORDERED that the following document shall be filed under seal
9  pursuant to Local Rule 39-141.

Dated: 1 April 2008            /s/ *Dennis L. Beck*
                                                Honorable Dennis L. Beck
                                                United States District Court Judge

Submitted by:

Connolly Bove Lodge & Hutz LLP


By:   */s/ Jonathan A. Jaech*
        Jonathan A. Jaech

Attorneys for Plaintiffs and Counterclaimants
PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC

---

[PROPOSED] ORDER FILING DOCS UNDER SEAL     1
601830