Harold Pezzner (*Pro Hac Vice*)
hpezzner@cblh.com
R. Eric Hutz (*Pro Hac Vice*)
ehutz@cblh.com
Francis DiGiovanni (Pro Hac Vice)
fdigiovanni@cblh.com
M. Curt Lambert (Pro Hac Vice)
mlambert@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Tel:  (302) 658-9141; Fax:  (302) 658-5614

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Jonathan A. Jaech (State Bar No. 191,530)
jjaech@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel:  (213) 787-2500; Fax:  (213) 687-0498

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WIX FILTRATION CORPORATION,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO-DLB<br><br>**ORDER GRANTING THE FILING OF DOCUMENTS UNDER SEAL [L.R. 39-141]**<br><br>Hearing Date: April 10, 2008<br>Time:　　　　8:00 a.m.<br>Place:　　　　Hon. Lawrence J. O'Neill<br>　　　　　　　(telephonic)<br>Trial Date:　　May 27, 2008<br><br>[Filed concurrently with Application to File Documents Under Seal] |

1   Plaintiffs PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC
2   ("Parker") have applied to file the following documents under seal, and Defendant WIX
3   FILTRATION CORPORATION ("Wix") does not oppose Parker's application:  Fourth
4   Declaration of M. Curt Lambert (and supporting Exhibit LL).

5   The Court, having considered Parker's unopposed application to file the above-listed
6   documents under seal, and finding good cause,

7   IT IS HEREBY ORDERED that the following document shall be filed under seal pursuant
8   to Local Rule 39-141.

Dated: April 1, 2008                    /s/ Lawrence J. O'Neill
                                        Honorable Lawrence J. O'Neill
                                        United States District Court Judge

Submitted by:

Connolly Bove Lodge & Hutz LLP


By:   */s/ Jonathan A. Jaech*
        Jonathan A. Jaech

Attorneys for Plaintiffs and
Counterclaimants
PARKER-HANNIFIN
CORPORATION and PARKER
INTANGIBLES LLC

---

[PROPOSED] ORDER FILING DOCS UNDER SEAL      1
601963

CONNOLLY BOVE LODGE & HUTZ LLP
355 S. GRAND AVE., SUITE 3150
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 487-0498