UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | CASE NO. CV F 06-0098 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| WIX FILTRATION CORPORATION, | |
| Defendants. / | |
| AND RELATED COUNTER-ACTION. / | |

The parties have informed this Court that settlement of this action has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than May 15, 2008, to file papers to dismiss this action in its entirety.

This Court VACATES all court dates and pending matters, including the April 22, 2008 pretrial conference, the April 22 and April 28, 2008 hearings and the May 28, 2008 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   April 14, 2008**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE