IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

|  |  |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WIX FILTRATION CORPORATION,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:06-CV-0098-LJO-DLB<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Plaintiffs Parker-Hannifin Corporation and Parker Intangibles LLC (collectively "Parker") and defendant Wix Filtration Corporation ("Wix"), through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to dismissal with prejudice of this entire suit, including all of the claims and counterclaims asserted by both parties in this action, subject to the terms of the Settlement Agreement executed between the parties on or about May 9, 2008, with each party to bear its own costs, expenses and attorneys' fees.

ACCEPTED AND AGREED:

Date: May 14, 2008

_____
Joseph P. Lavelle (*Pro Hac Vice*)
Jennifer L. Dzwonczyk (*Pro Hac Vice*)

_____
Harold Pezzner (*Pro Hac Vice*)
R. Eric Hutz (*Pro Hac Vice*)

Stipulation of Dismissal
609892

CONNOLLY BOVE LODGE & HUTZ LLP
333 S. GRAND AVE., SUITE 2300
LOS ANGELES, CALIFORNIA 90071
(213) 787-2500
Fax: (213) 687-0498

| | | |
|---|---|---|
| 1 | Howrey LLP | Francis DiGiovanni (*Pro Hac Vice*) |
| 2 | 1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 | M. Curt Lambert (*Pro Hac Vice*)<br>Connolly Bove Lodge & Hutz LLP |
| 3 | LavelleJ@howrey.com<br>DzJen@howrey.com | The Nemours Building<br>1007 N. Orange Street |
| 4 | Tel: (202) 783-0800 | Wilmington, DE 19899 |
| 5 | Fax: (202) 383-6610 | hpezzner@cblh.com<br>ehutz@cblh.com |
| 6 | Lowell T. Carruth<br>McCormick Barstow LLP | fdigiovanni@cblh.com<br>mlambert@cblh.com |
| 7 | P. O. Box 28912<br>Fresno, CA 93729-8912 | Tel:  (302) 658-9141<br>Fax:  (302) 658-5614 |
| 8 | lcarruth@mbswc.com | |
| 9 | Tel: (559) 433-1300<br>Fax: (559) 433-2300 | Bruce G. Chapman (State Bar No. 164,258)<br>Jonathan A. Jaech (State Bar No. 191,530) |
| 10 | *Attorneys for Defendant* | Connolly Bove Lodge & Hutz LLP<br>333 S. Grand Ave., Suite 2300 |
| 11 | *Wix Filtration Corporation* | Los Angeles, CA 90071<br>bchapman@cblh.com |
| 12 | | jjaech@cblh.com |
| 13 | | Tel:  (213) 787-2500<br>Fax:  (213) 687-0498 |
| 14 | | |
| 15 | | *Attorneys for Plaintiffs*<br>*Parker-Hannifin Corporation and* |
| 16 | | *Parker Intangibles LLC* |
| 17 | Submitted by: | |
| 18 | Connolly Bove Lodge & Hutz LLP | |
| 19 | By: [signature] | |
| 20 | | |
| 21 | *Attorneys for Plaintiffs*<br>*Parker-Hannifin Corporation and* | |
| 22 | *Parker Intangibles LLC* | |

Stipulation of Dismissal
609892

CERTIFICATE OF SERVICE

I, Kristen N. Rohrabaugh, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On May 15, 2008, I served the foregoing documents described as: **STIPULATION OF DISMISSAL** on the following person in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| Joseph P. Lavelle *(Pro Hac Vice)*<br>Jennifer L. Dzwonczyk *(Pro Hac Vice)*<br>Vandana Koelsch *(Pro Hac Vice)*<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610 | Attorneys for Defendant and Counterclaimant<br>WIX FILTRATION CORPORATION<br><br>Email: lavellej@howrey.com<br>dzjen@howrey.com<br>koelschv@howrey.com |
| Lowell T. Carruth<br>McCormick Barstow LLP<br>5 River Park Place East<br>Fresno, CA 93720<br>Tel: (559) 433-1300<br>Fax: (559) 433-2300 | Attorneys for Defendant and Counterclaimant<br>WIX FILTRATION CORPORATION<br><br>Email:<br>Lowell.carruth@mccormickbarstow.com |

**[ ] BY MAIL** I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ] BY E-Mail** I caused such document(s) to be served via e-mail to the foregoing firms.

**[X] BY ECF SYSTEM:** By way of the Court's ECF system, notice will be given to the attorneys of record at the electronic email addresses listed above.

**[X] FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 15, 2008 at Los Angeles, California.

*/s/ Kristen N. Rohrabaugh*
Signature

21770_1