# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>WIX FILTRATION CORPORATION,<br><br>            Defendants.<br>_____/<br><br>AND RELATED COUNTER-ACTION.<br>_____/ | CASE NO. CV F 06-0098 LJO DLB<br><br>**ORDER OF DISMISSAL AND ORDER TO ADMINISTRATIVELY CLOSE ACTION** |

The parties filed a dismissal pursuant to Rule 41(a). Accordingly, this action is dismissed and the clerk of the Court is directed to administratively close the action.

IT IS SO ORDERED.

**Dated:   May 30, 2008**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE